UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| NATIONAL HERITAGE REALTY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MID-SOUTH ASSOCIATES, LLC, )<br>)<br>Defendant. )<br>_____) | CIVIL ACTION CASE<br>NO. 04-2659 |

ORDER APPROVING MOTION FOR ADMISSIONS *PRO HAC VICE*
ON BEHALF OF PLAINTIFF NATIONAL HERITAGE REALTY, INC.

Upon Motion of David E. Goodman, Jr., attorney for Plaintiff National Heritage Realty, Inc. ("NHR") for admission *pro hac vice* of Thomas E. Reilly, Steven J. Hewitson and Merle R. Arnold, licensed Georgia attorneys, to appear on behalf of NHR in this Court;

IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED that Thomas E. Reilly, Steven J. Hewitson and Merle R. Arnold are hereby admitted *pro hac vice* to practice and appear in this Court as counsel for NHR in this cause.

_____
JUDGE

May 25, 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-1-05.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CV-02659 was distributed by fax, mail, or direct printing on June 1, 2005 to the parties listed.

---

Mary L. Wolff
WOLFF ARDIS
5810 Shelby Oaks Dr.
Memphis, TN 38134

Ryan T. Pumpian
POWELL GOLDSTEIN FRAZER & MURPHY LLP
191 Peachtree Street, N.E.
16th Fl.
Atlanta, GA 30303

W. Les Jones
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

David E. Goodman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Christopher P. Galanek
POWELL GOLDSTEIN FRAZER & MURPHY
191 Peachtree Street, N.E.
16th Fl.
Atlanta, GA 30303

Honorable J. Breen
US DISTRICT COURT