UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| NATIONAL HERITAGE REALTY, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MID-SOUTH ASSOCIATES, LLC, ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION CASE <br> NO. 04-2659 |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

It appearing to the Court that Plaintiff National Heritage Realty, Inc.'s Motion to allow its Georgia counsel, Christoper P. Galanek, Ryan T. Pumpian, and Jamie Heisler Ibrahim, of the law firm of Powell Goldstein, LLP, to withdraw as attorneys of record in this cause is well taken and should be granted;

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that Plaintiff National Heritage Realty, Inc.'s Motion to allow Christopher P. Galanek, Ryan T. Pumpian, and Jamie Heisler Ibrahim to withdraw as counsel of record is hereby granted.

_____
JUDGE

May 25, 2005
_____
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-1-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02659 was distributed by fax, mail, or direct printing on June 1, 2005 to the parties listed.

---

David E. Goodman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Christopher P. Galanek
POWELL GOLDSTEIN FRAZER & MURPHY
191 Peachtree Street, N.E.
16th Fl.
Atlanta, GA 30303

Mary L. Wolff
WOLFF ARDIS
5810 Shelby Oaks Dr.
Memphis, TN 38134

Ryan T. Pumpian
POWELL GOLDSTEIN FRAZER & MURPHY LLP
191 Peachtree Street, N.E.
16th Fl.
Atlanta, GA 30303

W. Les Jones
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT