UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 31  AM 11: 46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

NATIONAL HERITAGE REALTY, INC.,

    Plaintiff/Counter-Defendant,

v.

MID-SOUTH ASSOCIATES, L.L.C.,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NO: 2:04-2659-B

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Joint Stipulation Of Dismissal With Prejudice entered on October 21, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

10/27/05
Date

THOMAS M. GOULD
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-31-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:04-CV-02659 was distributed by fax, mail, or direct printing on October 31, 2005 to the parties listed.

---

W. Les Jones
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

David E. Goodman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Mary L. Wolff
WOLFF ARDIS
5810 Shelby Oaks Dr.
Memphis, TN 38134

Honorable J. Breen
US DISTRICT COURT