# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ___ D.C.
05 OCT 31 AM 11: 46
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| NATIONAL HERITAGE REALTY, INC., ) <br> ) <br> Plaintiff/Counter-Defendant, ) <br> ) <br> v. ) <br> ) <br> MID-SOUTH ASSOCIATES, L.L.C., ) <br> ) <br> Defendant/Counter-Plaintiff. ) <br> ) | Civil Action No. 04-2659 B/V |

## ORDER OF DISMISSAL

It appearing that all parties stipulate to the dismissal of the foregoing action with prejudice, it is hereby **ORDERED, ADJUDGED and DECREED** that this action be and is hereby dismissed with prejudice, with each party bearing its own costs, and that the Clerk of this Court is hereby authorized and directed to deliver a copy of this Order to counsel for the parties and to close the case.

**SO ORDERED**, this 28th day of October, 2005.

J. Daniel Breen
United States District Court
Western District of Tennessee

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-31-05

1559241_1.DOC

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:04-CV-02659 was distributed by fax, mail, or direct printing on October 31, 2005 to the parties listed.

---

David E. Goodman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Mary L. Wolff
WOLFF ARDIS
5810 Shelby Oaks Dr.
Memphis, TN 38134

W. Les Jones
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT